**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Hadassah Brown, | ) | CASE NO.:  4:21CV1158 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| SelectQuote Insurance Services., | ) | |
| | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| Defendant. | ) | |

On January 24, 2022, Plaintiff filed a notice of settlement.  Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within thirty (30) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary.  If approved, the proposed entry shall supplement this order. This Court will retain jurisdiction over the settlement.

    IT IS SO ORDERED.


DATED: February 2, 2022                    /s/  *John R. Adams*
                                                           JUDGE JOHN R. ADAMS
                                                           UNITED STATES DISTRICT COURT