It is so ORDERED.
/s/ John R. Adams
U.S. District Judge
February 18, 2022

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CASE NO: 4:21-cv-01158-JRA**

**HADASSAH BROWN,**
individually and on behalf of all
others similarly situated,

        CLASS ACTION

    Plaintiff,

        JURY TRIAL DEMANDED

v.

        **JUDGE JOHN R. ADAMS**

**SELECTQUOTE INSURANCE SERVICES,**

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Hadassah Brown and Defendant SelectQuote Insurance Services, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of Plaintiff are hereby dismissed <u>with</u> prejudice.  All claims of the putative class members are hereby dismissed <u>without</u> prejudice.  Each party to bear their own costs and attorney's fees.